Finding no error in the record, the judgment is affirmed.

## STEVENS v. STATE.
### No. 18224.

Court of Criminal Appeals of Texas.
April 29, 1936.

Parker & Parker, of Gorman, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale. Punishment was assessed at two years in the penitentiary.

Since this conviction the law under which appellant was prosecuted has been repealed. See Meadows v. State (Tex.Cr. App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.